UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:18-cv-45-MOC

| | | |
|---|---|---|
| **LISA SHARPE WEATHERMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | AMENDED ORDER[1] |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Consent Motion for Extension of Time. The court notes that defendant has consented to plaintiff's request. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Consent Motion for Extension of Time (#11) is **GRANTED**. Plaintiff shall have up to and inclusive of August 22, 2018 to file her Motion for Summary Judgment and memorandum in support, and defendant shall have a corresponding extension of up to and inclusive of October 19, 2018 to file her Motion and memorandum.

Signed: July 25, 2018

Max O. Cogburn Jr
United States District Judge

---

[1] This Order amends and supersedes the Court's previous Order (#12) in this matter. The Court thanks plaintiff for bringing the issue to the Court's attention.